**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-cr-20377
Hon. Brandy R. McMillion

v.

YOLANDA MATTHEWS,

Defendant.

---

**Final Order of Forfeiture**

---

Based upon Defendant Yolanda Matthews's conviction for violating 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud), Count One of the Information (ECF No. 1), the Rule 11 Plea Agreement (ECF No. 12), the Application for Final Order of Forfeiture, and other information in the record, and pursuant to Fed. R. Crim. P. 32.2, and 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The United States' Unopposed Application for Final Order of Forfeiture is **GRANTED**; and

2. Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), together with 28 U.S.C. § 2461, her interest in any and all property, real or personal, which constitutes proceeds

obtained or derived, directly or indirectly, from her violation of 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud).

3. A personal forfeiture money judgment in the amount of **Five Hundred and Thirty-Nine Thousand Three Hundred Dollars and 00/100 ($539,300.00)** is **ENTERED** against the Defendant in favor of the United States, representing the total value of the property subject to forfeiture for Defendant's violation of Count One.

4. The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of the Defendant, and from any property she has now or may later acquire as substitute assets under 21 U.S.C. § 853(p).

5. Pursuant to Fed. R. Crim. P. 32.2, this Order of Forfeiture shall become final as to the Defendant upon entry and the personal forfeiture money judgment shall be made part of the Defendant's sentence and included in her Judgment.

6. Upon entry of this Final Order of Forfeiture, the United States may conduct discovery in accordance with the Federal Rules of Civil Procedure to enforce the forfeiture money judgment.

7. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.**

Dated: October 14, 2026

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
United States District Court Judge